**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   David K. Drumm | Related Bankruptcy Case: 10−21198 |
| | Chapter 7 |
| Debtor, | Judge Frank J. Bailey |
| | |
| Irish Bank Resolution Corporation Limited | Adversary Proceeding: 11−01267 |
| Plaintiff | |
| vs. | |
| David K Drumm | |
| Defendant | |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above−referenced case on **NOVEMBER 11, 2011** as document number **14**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☐ **Document has wrong PDF image/unreadable.** Please re−file electronically with correct and readable PDF using the event found under the Other category titled "Corrected PDF Document in Re: 2 Day Order".

☑ **Document Docketed using wrong event.** Please re−file electronically using correct event.**(Answer/Complaint)**

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re−file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re−file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re−docket all items electronically.

☐ **Case association incorrect.** Please check for proper association and re−file electronically.

☐ **ECF filer and signature of the document do not match;** please re−file. See App. 8, Rule 8(a) of MLBR.

☐ **Other:**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:11/14/11                                                By the Court,

Cynthia Young
Deputy Clerk
617–748–5343

14 – 13